PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT CORRELL,<br><br>      Defendant. | CASE NO. 1:15-CR-00206 LJO<br><br>MOTION TO SEAL EXHIBIT A TO UNITED STATES' MOTION FOR RESTITUTION; IRDER OF RESTITUTION<br><br>DATE: December 12, 2016<br>TIME: 8:30<br>COURT: Lawrence J. O'Neill |
|---|---|

  Good cause appearing therefore, it is hereby ordered that Exhibits A of the Government's November 14, 2016 Motion for Restitution, be filed and maintained under seal until further order of the Court.

  The Court, on good cause, and based on the motion pending and the proof provided, ORDERS The Defendant to pay the victim described in the motion the amount of $500 restitution.

IT IS SO ORDERED.

  Dated:  **November 15, 2016**     /s/ Lawrence J. O'Neill
                    UNITED STATES CHIEF DISTRICT JUDGE

REQUEST TO SEAL EXHIBIT        1